# UNITED STATES DISTRICT COURT

## DISTRICT OF MINNESOTA

_____

WILLIAM H., [1]

        Plaintiff,

v.

KILOLO KIJAKAZI,
Acting Commissioner of Social Security,

        Defendant.

Civil No. 21-1994 (JRT/LIB)

**ORDER ADOPTING REPORT
AND RECOMMENDATIONS**

_____

David B. Goetz, **Gonzalez & Goetz**, 2300 NW Corporate Blvd., Suite 244, Boca Raton, Florida, 33431 for Plaintiff.

Edward C. Olson, **Disability Attorneys of Minnesota**, 331 2nd Ave. S., Suite 890, Minneapolis, Minnesota, 55401 for Plaintiff.

Mahesha Padmanabhan Subbaraman, **Subbaraman PLLC**, 222 S. 9th Street, Suite 1600, Minneapolis, Minnesota, 55402 for Plaintiff.

Teresa Christianson and Una McGeehan, **Social Security Administration, Office of the General Counsel – Suite 350**, 1301 Young Street, Mailroom 104, Dallas, Texas 75202 for Defendant.

Based upon the Report and Recommendation of United States Magistrate Judge

Leo I. Brisbois, and after an independent review of the files, records and proceedings in

the above-entitled matter, **IT IS HEREBY ORDERED** that:

    **1.**    Plaintiff's Motion for Attorney's Fees, [Docket No. 37], is **GRANTED**;

_____

1 This District has adopted the policy of using only the first name and last initial of any nongovernmental parties in Social Security opinions such as the present Report and Recommendation. Accordingly, where the Court refers to Plaintiff by her name only her first name and last initial are provided.

**2.**     Plaintiff is awarded attorney's fees in the amount of $4,198.52, pursuant to the

Equal Access to Justice Act, 28 U.S.C. § 2412;

**3.**     Plaintiff is awarded costs in the amount of $402.00, pursuant to the Equal Access

to Justice Act, 28 U.S.C. § 2412; and

**4.**     This award is found to fully and completely satisfy any and all claims for fees, costs,

and/or expenses that may have been payable to Plaintiff in this matter pursuant

to the Equal Access to Justice Act.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: October 13, 2022                    s/John R. Tunheim
at Minneapolis, Minnesota              JOHN R. TUNHEIM
                                                        United States District Judge